ACCEPTED
15-25-00140-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
8/26/2025 3:34 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00140-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
8/26/2025 3:34:38 PM
CHRISTOPHER A. PRINE
Clerk

IN THE COURT OF APPEALS
FOR THE FIFTEENTH DISTRICT
AUSTIN, TEXAS

---

IN RE POWERED BY PEOPLE AND ROBERT FRANCIS O'ROURKE
*Relators*

ORIGINAL PROCEEDING FROM THE 348TH JUDICIAL DISTRICT
OF TARRANT COUNTY, TEXAS
TRIAL COURT NO. 348-367652-2025

---

**RESPONSE TO STATE'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MANDAMUS PETITION**

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

Other than *ad hominem* attacks, the State's motion for extension offers no compelling reason to disregard the Court's existing schedule. Indeed, this is a transparent attempt to moot the mandamus by requesting an extension of time beyond the scheduled depositions, discovery, and temporary injunction hearing. The whole point of the mandamus and the emergency relief motion is to avoid this inappropriate use of jurisdiction and avoid wasting resources.

The subject orders are all related and demonstrate a clear abuse of discretion in favor of the State that compounds the abuse of power being undertaken by the

1

Office of the Attorney General. The TRO is a prior restraint of speech and without jurisdiction. The discovery orders are fundamentally unfair. The modified TRO and now the most recent anti-suit injunction TRO were just entered and precipitated the filing of the mandamus yesterday after exhausting all reasonable options at the trial court level. Only after the Respondent made clear it was unwilling to correct its egregious errors that the Petitioner believed it was appropriate to request relief in this Court, but now that it has the State cannot be permitted to moot the requested emergency relief by an extension of time. The State certainly asks others to jump when it says so.

1. The fairest and most straightforward path is to grant the motion for emergency relief, stay the current underlying matter and let the parties brief the important statutory and subject matter jurisdiction issues raised before anyone's free speech rights are further violated, the parties' waste time on a temporary injunction that will likely be reversed and rendered on appeal for lack of subject matter jurisdiction, and gives the State breathing room to brief the merits to the Court if it so time constrained.

2. Finally, the State was sent through e-filing a copy of the Mandamus Record last night and via email again today. A physical copy was overnighted.

Respectfully submitted,
*/s/ Mimi Marziani*

2

Mimi Marziani
Texas Bar No. 24091906
mmarziani@msgpllc.com
Joaquin Gonzalez
Texas Bar No. 24109935
jgonzalez@msgpllc.com
Rebecca (Beth) Stevens
bstevens@msgpllc.com
Texas Bar No. 24065381
MARZIANI, STEVENS & GONZALEZ PLLC
500 W. 2nd Street, Suite 1900
Austin, TX 78701
Tel: (210) 343-5604

-AND-

Sean J. McCaffity
State Bar No. 24013122
Email: smccaffity@textrial.com
George (Tex) Quesada
State Bar No. 16427750
Email: quesada@textrial.com
SOMMERMAN, McCAFFITY, QUESADA & GEISLER, L.L.P.
3811 Turtle Creek Boulevard, Suite 1400
Dallas, Texas 75219-4461
214/720-0720 (Telephone)
214/720-0184 (Facsimile)

**ATTORNEYS FOR DEFENDANTS**

3

**CERTIFICATE OF SERVICE**

On August 26, 2025, in compliance with Texas Rules of Appellate Procedure 9.5, I served this document by e-service, e-mail, certified mail, and/or first-class mail to:

**Via e-Service:** William.Cole@oag.texas.gov
**Via e-Service:** william.peterson@oag.texas.gov
**Via e-service:** Rob.Farquharson@oag.texas.gov
Rob Farquharson
William F. Cole
William R. Peterson
Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

*Counsel for Real Party in Interest*
*The State of Texas*

/s/ Mimi Marziani
Mimi Marziani

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Joaquin Gonzalez on behalf of Joaquin Gonzalez
Bar No. 24109935
jgonzalez@msgpllc.com
Envelope ID: 104873872
Filing Code Description: Response
Filing Description: Response to State's Motion for Extension of Time to File Response to Mandamus Petition
Status as of 8/26/2025 3:40 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Sean McCaffity | 24013122 | smccaffity@textrial.com | 8/26/2025 3:34:38 PM | SENT |
| Robert Farquharson | 24100550 | rob.farquharson@oag.texas.gov | 8/26/2025 3:34:38 PM | SENT |
| Maria Williamson | | maria.williamson@oag.texas.gov | 8/26/2025 3:34:38 PM | SENT |
| William FCole | | William.Cole@oag.texas.gov | 8/26/2025 3:34:38 PM | SENT |
| Mimi Marziani | | mmarziani@msgpllc.com | 8/26/2025 3:34:38 PM | SENT |
| Joaquin Gonzalez | | jgonzalez@msgpllc.com | 8/26/2025 3:34:38 PM | SENT |
| Brian Falligant` | | bfalligant@inquestresources.com | 8/26/2025 3:34:38 PM | SENT |
| William Peterson | | william.peterson@oag.texas.gov | 8/26/2025 3:34:38 PM | SENT |
| Rebecca Neumann | | rneumann@textrial.com | 8/26/2025 3:34:38 PM | SENT |
| Rebecca Stevens | | bstevens@msgpllc.com | 8/26/2025 3:34:38 PM | SENT |